SCWC-12-0000728

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the Tax Appeal of
KAHEAWA WIND POWER, LLC,
Respondent/Taxpayer/Appellant-Appellee/Cross-Appellant,

vs.

COUNTY OF MAUI,
Petitioner/Appellee-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000728; TX. NO. 10-1-1246 and Consolidated Cases TX
NOS. 10-1-1247, 10-1-1248, 10-1-1249 & 11-1-0035)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellee-Appellant/Cross-Appellee County of

Maui's Application for Writ of Certiorari, filed on January 16,

2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 19, 2015.

Patrick K. Wong and
Richard B. Rost
for petitioner

Ronald I. Heller and
Brian W. Tilker
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

